[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14431

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 26, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00483 CR-T-24-TGW


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

ORISMAN ENRIQUE RINCONES-ONATE,

                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(**April 26, 2006**)

Before ANDERSON, FAY and SILER*, Circuit Judges.

PER CURIAM:

_____

*Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by
designation.

We note that appellant does not challenge his conviction, and it is accordingly affirmed. Appellant's only challenge on appeal is that his sentence is unreasonable. First, we reject the government's argument that this court lacks jurisdiction to review the sentence for reasonableness; that argument is foreclosed by our decision in <u>United States v. Martinez</u>, 434 F.3d 1318 (11th Cir. 2006). However, we readily conclude, for the reasons discussed at oral argument, that the sentence imposed by the district court is not unreasonable.

Accordingly, the judgment of the district court is

AFFIRMED.